UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Sitha Ngeth</u>

      v.                                                  Civil No. 1:12-cv-349-JL

<u>US Department of Homeland Security,</u>
    <u>US Immigration and Customs Enforcement,</u>
    <u>Field Office Director, et al</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The [1] 28 U.S.C. § 2241 habeas petition and the [2] emergency motion to stay removal in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the petition and motion.   Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the 28 U.S.C. § 2241 habeas petition and the [2] emergency motion to stay removal, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                              <u>/s/ Landya B. McCafferty</u>
                                             Landya B. McCafferty
                                             United States Magistrate Judge

Date:   September 11, 2012

cc:   Melanie Marie Chaput, Esq.